UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANSBERTO FERNANDEZ GONZALEZ, ) | | **JUDGMENT** |
| ) | | |
| Plaintiff, ) | | 7:18-CV-135-BO |
| ) | | |
| v. ) | | |
| ) | | |
| L. FRANK CISSNA, DIRECTOR OF UNITED ) | | |
| STATES CITIZENSHIP AND IMMIGRATION ) | | |
| SERVICES, and UNITED STATES CITIZENSHIP ) | | |
| AND IMMIGRATION SERVICES, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

| | |
|---|---|
| VILMA OLIVARES SALGUERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 7:18-CV-136-BO |
| v. ) | |
| ) | |
| L. FRANK CISSNA, DIRECTOR OF UNITED ) | |
| STATES CITIZENSHIP AND IMMIGRATION ) | |
| SERVICES, and UNITED STATES CITIZENSHIP ) | |
| AND IMMIGRATION SERVICES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

| | |
|---|---|
| CAMELIA GUERRERO ANTONIO and ) | |
| JACINTO PEREZ ACOSTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:18-CV-131-BO |
| v. ) | |
| ) | |
| L. FRANK CISSNA, DIRECTOR OF UNITED ) | |
| STATES CITIZENSHIP AND IMMIGRATION ) | |
| SERVICES, and UNITED STATES CITIZENSHIP ) | |
| AND IMMIGRATION SERVICES, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| ANSBERTO FERNANDEZ GONZALEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>L. FRANK CISSNA, DIRECTOR OF UNITED )<br>STATES CITIZENSHIP AND IMMIGRATION )<br>SERVICES, and UNITED STATES CITIZENSHIP )<br>AND IMMIGRATION SERVICES, )<br>)<br>Defendants. )<br>) | 4:18-CV-132-BO |

**Decision by Court.**
This matter is before the Court on defendants' motions. Defendants have moved to stay their answer deadline [DE 12], to dismiss plaintiff Gonzalez's complaint [DE 13], to obtain an extension of time to file a motion to dismiss the consolidated case [DE 18], and to dismiss the consolidated case [DE 20]. Defendants have also moved to seal some of the filings. [DE 15, 22, 27].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to stay the answer deadline [DE 12] and first motion to dismiss [DE 13] are DENIED AS MOOT, defendants' motion for an extension of time [DE 18] is GRANTED, defendants' second motion to dismiss [DE 20] is GRANTED, and the motions to seal [DE 15, 22, 27] are GRANTED. DE 14, 21, and 26 are hereby placed UNDER SEAL.

This case is closed.

**This judgment filed and entered on March 7, 2019, and served on:**
Bradley Banias (via CM/ECF Notice of Electronic Filing)
Christopher Hinnant (via CM/ECF Notice of Electronic Filing)
Lori Warlick (via CM/ECF Notice of Electronic Filing)

                                                PETER A. MOORE, JR., CLERK

March 7, 2019
                                            /s/Lindsay Stouch
                                            By: Deputy Clerk